UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANDRA SEYMOUR,

    **Plaintiff,**

v.                                                                                  Case No. 5:17-cv-108-Oc-39PRL

SYNCHRONY BANK,

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.18; Stipulation) filed on January 19, 2018. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 22ⁿᵈ day of January, 2018.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record